158 P.3d 299

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

| | | | | |
|---|---|---|---|---|
| Sher v. Cella . . . . . . . . . . . . . . . . . . . . . 27715 | 05/04/2007 | Denied | 114 Hawaiʻi 263, 160 P.3d 1250 |